Order issued December 6 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00978-CR
No. 05-11-00979-CR
No. 05-11-00981-CR

**RYAN SCOTT MIRACLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

ELIZABETH LANG-MIERS
JUSTICE